UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHANGSHA SUDA ELECTRONIC COMMERCE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GUANGZHOU YIMEI COSMETICS CO LTD, et al,<br><br>    Defendants. | CASE NO. 2:25-cv-01978-LK<br><br>ORDER REQUESTING SUPPLEMENTAL BRIEFING |

This matter comes before the Court sua sponte. The Court notes that—contrary to Plaintiff's representations in its complaint, Dkt. No. 1, and Motion for Entry of Temporary Restraining Order, Dkt. No. 4—Plaintiff's products appear to still be available on the relevant platforms.[1] The Court therefore ORDERS Plaintiff to submit supplemental briefing on irreparable

---

[1] *See, e.g.*, (1) https://www.amazon.com/Dolahair-Hair-Wax-Stick-Accessories/dp/B0DHS2QWKB/.;
(2) https://www.amazon.com/Dolahair-Stick-Flyaways-Pomade-Smoothing/dp/B0BRC5K11L/;
(3) https://www.temu.com/-hair-wax-stick-for-frizzy-hair-finishing-and-styling-non-greasy-24-hour---for-travel-moisturizing-formula-with-natural-texture-suitable-for-men-and-women-hair-wax-stick--style--care-hair-waxing-essentials-g-601099543062519.html.

ORDER REQUESTING SUPPLEMENTAL BRIEFING - 1

harm no later than October 24, 2025. Defendants must file a response by no later than October 25, 2025.

    The Court further ORDERS Plaintiff to provide notice of this Order to Defendants and to file certification of its efforts with the Court as soon as possible. Plaintiffs must do the same with respect to their response to this Order once it is filed.

    Dated this 22nd day of October, 2025.

*Lauren King*

Lauren King
United States District Judge

ORDER REQUESTING SUPPLEMENTAL BRIEFING - 2